IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK COLON, <br> Petitioner, <br><br> v. <br><br> MR. TREVOR WINGARD, et al. <br> Respondents, | CIVIL ACTION <br><br> **FILED** <br> JUL 31 2015 <br> MICHAEL E. KUNZ, Clerk <br> By_____Dep. Clerk  NO. 15-3118 |

## ORDER

C. DARNELL JONES, II, J.

AND NOW, this 31st day of July, 2015, upon careful and independent consideration of the petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus (15-3118), pursuant to 28 U.S.C. §2254, is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania in accordance with 28 U.S.C. § 2241(d).

3. The Clerk of the Court shall transmit the original record to said district.

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
C. DARNELL JONES, II
UNITED STATES DISTRICT JUDGE